# Supreme Court of Florida

THURSDAY, SEPTEMBER 7, 2023

In Re: Amendments to Florida
Rule of General Practice and
Judicial Administration 2.320

**SC2023-0114**

---

The Court has considered the comments concerning Florida Rule of General Practice and Judicial Administration 2.320, which was amended in the opinion issued February 2, 2023.  The Court having determined that no further amendments to the rule are warranted at this time, this case is hereby final.

MUÑIZ, C.J., and CANADY, COURIEL, GROSSHANS, and FRANCIS, JJ., concur.
LABARGA, J., dissents with an opinion.
SASSO, J., did not participate.

LABARGA, J., dissenting.

Earlier this year, on its own motion, the majority adopted amendments to Florida Rule of General Practice and Judicial Administration 2.320.  In doing so, the majority expressly eliminated fairness and diversity education from the judicial education requirements for Florida judges.  At that time, I dissented to the amendments as "unwarranted, untimely, and ill-advised."  *In re Amends. to Fla. Rule of Gen. Prac. & Jud. Admin. 2.320*, 356 So.

3d 766, 769 (Fla. 2023) (Labarga, J., dissenting). Now, having considered the comments filed in response to the amendments, the majority has decided to leave the amendments in place and take no further action.

I continue to believe that fairness and diversity education is of great benefit to Florida's judiciary and those who interact with Florida's state courts. To that end, I dissent to today's order and reaffirm my belief that "the purpose of providing express consideration to fairness and diversity education has been to complement the canons [in the Code of Judicial Conduct], and in the hopes of addressing the extremely complex issue that is discrimination, to educate the judiciary on strategies for recognizing and combatting discrimination." *Id.*

I respectfully dissent.

A True Copy
Test:

SC2023-0114  9/7/2023

John A. Tomasino
Clerk, Supreme Court
SC2023-0114  9/7/2023

SO

Served:
JOSHUA E. DOYLE
MERRICK L. GROSS
GISELLE GUTIERREZ
HON. STEPHEN RICHARD JEWETT
JORDI C. MARTÍNEZ-CID
KEITH H. PARK
PAUL R. REGENSDORF
KELLY NOEL SMITH
ELIZABETH CLARK TARBERT